NOTE:  This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**RESOURCE INVESTMENTS, INC. AND LAND RECOVERY, INC.**,
*Plaintiffs-Appellants,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

_____

2014-5069

_____

Appeal from the United States Court of Federal Claims in No. 1:98-cv-00419-LB, Judge Lawrence J. Block.

-------------------------------------------------------------------------------

**RESOURCE INVESTMENTS, INC. AND LAND RECOVERY, INC.**,
*Plaintiffs-Appellees,*

**v.**

**UNITED STATES,**
*Defendant-Appellant.*

_____

2014-5099

_____

Appeal from the United States Court of Federal Claims in No. 1:98-cv-00419-LB, Judge Lawrence J. Block.

———————————

## ON MOTION

———————————

## O R D E R

Upon consideration of the United States' unopposed motion to dismiss appeal no. 2014-5099,

IT IS ORDERED THAT:

(1)  The motion to dismiss appeal no. 2014-5099 is granted.  Appeal no. 2014-5099 is dismissed. Each side shall bear its own costs in appeal no. 2014-5099.

(2)  The revised official caption in 2014-5069 is reflected above.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court


s26


ISSUED AS A MANDATE (As to 2014-5099 only):

August 27, 2014